IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREY KRYLYUK,** | **NO. 2:14-CV-03845-HB** |
| Plaintiffs | |
| vs. | |
| **ALLIANCE ONE RECEIVABLES MANAGEMENT, INC. and DOES 1 through 10,** | |
| Defendants | |

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, <u>AllianceOne Receivables Management</u>, a foreign corporation, in the above listed civil action, does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, a foreign corporation, in the above listed civil action, has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

**MARSHALL DENNEHEY WARNER,
COLEMAN & GOGGIN P.C.**

By: */s/ Lawrence J. Bartel*
     Lawrence J. Bartel
     Attorneys for Defendant AllianceOne
     Receivables Management, Inc.

Dated: <u>July 17, 2014</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREY KRYLYUK,**<br><br>     Plaintiffs<br><br>vs.<br><br>**ALLIANCE ONE RECEIVABLES MANAGEMENT, INC. and DOES 1 through 10,**<br><br>     Defendants | NO. 2:14-CV-03845-HB |

## CERTIFICATE OF SERVICE

I, Lawrence J. Bartel, Esquire, do hereby certify that a true and correct copy of the **Corporate Disclosure Statement Form** of Defendant, AllianceOne Receivables Management, Inc., was served upon all counsel by ECF on July 17, 2014.

                                    **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

                                By:   */s/ Lawrence J. Bartel*
                                           Lawrence J. Bartel
                                           Attorneys for Defendant
                                           AllianceOne Receivables Management, Inc.